IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GREATER PENNSYLVANIA CARPENTERS' PENSION FUND, derivatively on behalf of nominal defendant IMPERVA, INC., | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 531, 2015 |
| Plaintiff-Below, Appellant, | | |
| v. | §<br>§ | Court Below: Court of Chancery of the State of Delaware |
| CHARLES GIANCARLO, THERESIA GOUW, SHLOMO KRAMER, STEVEN KRAUSZ, ALBERT PIMENTEL, FRANK SLOOTMAN, DAVID STROHM, JAMES TOLONEN, and IMPERVA, INC., | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 9833 |
| Defendants-Below, Appellees. | §<br>§ | |

Submitted: March 9, 2016
Decided: March 11, 2016

Before **STRINE**, Chief Justice; **HOLLAND**, **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices, constituting the Court *en Banc*.

## ORDER

This 11th day of March, 2016, after careful consideration of the parties' briefs and the record on appeal, and after oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its transcript ruling on September 2, 2015.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Justice